**Continuing Abatement Order filed February 16, 2012.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-11-00345-CR**

———————

**RICKY NELSON GOODWIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Criminal Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 9825856**

---

## CONTINUING ABATEMENT ORDER

Appellant is not represented by counsel on appeal and the reporter's record has not been filed. We therefore abated this appeal and directed the trial court to determine whether appellant is entitled to appointment of counsel and to proceed without the payment of costs.

We ORDER the judge of County Criminal Court at Law No. 3 to immediately conduct a hearing at which appellant and counsel for the State shall be present to determine whether appellant desires to prosecute his appeal, and, if so, whether appellant is indigent and, thus entitled to

appointed counsel and a free record. The judge shall appoint appellate counsel for appellant, if necessary. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions.

A record of the hearing was filed but the supplemental clerk's record containing the trial court's findings and conclusions haS not been filed. The hearing record reflects appellant did not appear. The trial court did not find on the record that appellant has abandoned his appeal. Accordingly, we enter the following order.

We ORDER the judge of County Criminal Court at Law No. 3 shall make findings of fact and conclusions of law and shall order the trial clerk to forward a record of the supplemental clerk's record containing those findings and conclusions. Those records shall be filed with the clerk of this court **within 30 days**.

PER CURIAM

Do Not Publish.